UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HAGAN,<br><br>        Plaintiff,<br><br>   v.<br><br>BRONISLAVA BOGATOVA, et al,<br><br>        Defendants. | No. 2:17-cv-1219 MCE DB PS<br><br><br><br>ORDER |

     Plaintiff Leslie Hagan is proceeding pro se. The case has been referred to the undersigned pursuant to Local Rule 302(c)(21). On October 16, 2017, plaintiff was granted leave to proceed in forma pauperis and summons was issued. (ECF Nos. 3 & 4.) On February 5, 2018, an order issued setting this matter for a status conference on March 9, 2018. (ECF No. 6.) Pursuant to that order plaintiff was to file a status report on or before February 23, 2018. That order also cautioned plaintiff that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days.

     More than 90 days have passed since summons was issued and plaintiff has not filed proof of service on a defendant nor has a defendant appeared in this action. Moreover, plaintiff has failed to file a status report in violation of the February 5, 2018 order. It appears that plaintiff has taken no action in this case since the filing of the complaint on June 12, 2017.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 9, 2018 Status (Pretrial Scheduling) Conference is vacated; and

2. Plaintiff shall show cause in writing within fourteen (14) days of the date of this order as to why this action should not be dismissed for a lack of prosecution.[1]

DATED: March 2, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/hagan1219.osc.dlop

---

[1] Alternatively, if plaintiff no longer wishes to proceed with this action, plaintiff may comply with this order by filing a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.