UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HAGAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRONISLAVA BOGATOVA, et al,<br><br>　　　　　　Defendants. | No. 2:17-cv-1219 MCE DB PS<br><br><br><br>ORDER |

Plaintiff Leslie Hagan is proceeding pro se. The case has been referred to the undersigned pursuant to Local Rule 302(c)(21). On October 16, 2017, plaintiff was granted leave to proceed in forma pauperis and summons was issued with respect to defendant Discover Card Services. (ECF Nos. 3 & 4.) On February 5, 2018, an order issued setting this matter for a status conference on March 9, 2018. (ECF No. 6.) Pursuant to that order plaintiff was to file a status report on or before February 23, 2018. That order also cautioned plaintiff that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days.

On March 5, 2018, the undersigned issued an order to show cause. (ECF No. 7.) Therein, the undersigned noted that plaintiff had not filed a timely status report, nor had plaintiff filed proof of service of the complaint on the defendant. Accordingly, plaintiff was ordered to show cause in writing as to why this action should not be dismissed due to a lack of prosecution.

1

Plaintiff filed a response to the order to show cause on March 16, 2018.  (ECF No. 8.)  Therein, plaintiff explains that she has been proceeding without the assistance of counsel in this action, as well as in a family law matter, and a personal injury action.  (Id. at 2.)  Accordingly, despite the delay in prosecuting this action, plaintiff requests that "this Court allow her to proceed."  (Id.)

> Rule 4(m) provides two avenues for relief.  The first is mandatory: the district court must extend time for service upon a showing of good cause.  The second is discretionary: if good cause is not established, the district court may extend time for service upon a showing of excusable neglect.

Crowley v. Bannister, 734 F.3d 967, 976 (9th Cir. 2013) (quoting Lemoge v. United States, 587 F.3d 1188, 1198 (9th Cir. 2009)).

Here, the undersigned finds good cause to grant plaintiff an extension of time for service.  Plaintiff is cautioned, however, that future extensions of time may not be granted absent a showing of good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 5, 2018 order to show cause (ECF No. 7) is discharged;

2. Plaintiff is granted twenty-eight days from the date of this order to serve the defendant in compliance with Rule 4 of the Federal Rules of Civil Procedure[1];

3. Within seven days of accomplishing service plaintiff shall file proof of service with the court; and

4. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this action be dismissed.

DATED:  May 9, 2018                              /s/ DEBORAH BARNES
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to proceed with this action, plaintiff may comply with this order by filing a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.