UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HAGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BRONISLAVA BOGATOVA, et al,<br><br>    Defendants. | No. 2:17-cv-01219 MCE DB PS<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. This matter was referred to a United States Magistrate Judge in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On February 4, 2019, the magistrate judge filed Findings and Recommendations (F&Rs) (ECF No. 21) herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff objected to the F&Rs. ECF No. 22.

The Court has reviewed the file and finds the findings and recommendations are supported by the record and by the magistrate judge's analysis.

////
////
////
////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 4, 2019 (ECF No. 21) are ADOPTED in full;

2. Defendant's August 10, 2018 motion to dismiss (ECF No. 14) is GRANTED;

3. The June 12, 2017 complaint is DISMISSED without leave to amend; and

4. This action is CLOSED.

IT IS SO ORDERED.

Dated:  March 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

/hagan1219.jo