## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                    **JUDGMENT IN A CIVIL CASE**

**LESLIE HAGAN,**

                                               CASE NO: **2:17–CV–01219–MCE–DB**

              v.

**BRONISLAVA BOGATOVA, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/21/2019**

                                                      **Marianne Matherly**
                                                      Clerk of Court

    ENTERED: **March 21, 2019**

                                                    by: /s/ M. York
                                                           Deputy Clerk